**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LONZO PATRICK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 4:24-cv-607-HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Petitioner Lonzo Patrick's "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241." (ECF No. 1). Despite its title, the Petition appears to challenge Petitioner's federal sentence under 28 U.S.C. § 2255. "A petitioner who seeks to challenge his sentence or conviction generally must do so in the sentencing court through § 2255 and cannot use § 2241 to challenge the conviction without first showing that § 2255 would be inadequate or ineffective." *Abdullah v. Hedrick*, 392 F.3d 957, 959 (8th Cir. 2004); *see also Jones v. Hendrix*, 8 F.4th 683, 686 (8th Cir. 2021) ("Typically, a federal inmate must challenge a conviction or sentence through a § 2255 motion to vacate.") (internal quotation marks omitted).

Petitioner has not shown that § 2255 is inadequate or ineffective to challenge the legality of his sentence. Therefore, the Court will order Petitioner to refile his Petition on the appropriate Court-approved form. *See* E.D.Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on a Court-provided form where applicable. If an action is not filed on a Court-provided form, the Court, in its discretion, may order the self-represented plaintiff or petitioner to file the action on a Court-provided form.").

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" form (AO 243).

**IT IS FURTHER ORDERED** that Petitioner shall complete the form in its entirety and return it to the Court no later than **twenty-one (21) days** from the date of this Order. Failure to comply with this Order will result in the dismissal of this action without prejudice.

Dated this 16th day of August, 2024.

                                                                                       *[signature]*
                                                                              HENRY EDWARD AUTREY
                                                                              UNITED STATES DISTRICT JUDGE